IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDERA DWAYNE HOMER, #10083463, § | | |
| AKA Andre Homer, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | 3:10-CV-2588-M (BK) | |
| § | | |
| UNIDENTIFIED OFFICERS, § | | |
|     Defendants. § | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **DENIES** the motion to proceed *in forma pauperis* (Doc. 2) as moot.

SO ORDERED this 1st day of March, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS